**Valeria FLORES, Petitioner–Appellant,**

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.**

**No. 2014–5073.**

United States Court of Appeals, Federal Circuit.

Dec. 8, 2014.

Susan J. Schwartz, Corboy & Demetrio, P.C., of Chicago, IL, argued for petitioner-appellant.

Lynn E. Ricciardella, Senior Trial Attorney, Torts Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Stuart F. Delery, Assistant Attorney General, Rupa Bhattacharyya, Director, Vincent J. Matanoski, Deputy Director, Voris E. Johnson, Jr., Assistant

Director, and Debra A. Filteau Begley, Trial Attorney.

DYK, WALLACH, and HUGHES, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**